ORIGINAL

FILED
MAR 1 2 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TERRA HEALTH, INCORPORATED

Plaintiff,

v. No. 08-159 C

THE UNITED STATES

Defendant

# RULE 40.2
# NOTICE OF DIRECTLY RELATED CASES

As required by RCFC 40.2, Plaintiff would provide the following listing of directly related cases:

1) **TERRA HEALTH, INCORPORATED vs. THE UNITED STATES Case # 08-139C Filed March 7, 2008 in the Court of Judge Robert H. Hodges, Jr.**

This case is related because it involves similar parties and similar issues relating to similar claims; all under the same master contract.

Assigning all of these cases to a single judge, and/or consolidating each of these cases into one case, is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated March 11, 2008

Respectfully Submitted,

By: ______________________

**JOHN C. DULSKE**
State Bar No. 00783994
THE LAW OFFICES OF DULSKE & FIORINO, P.C.
10500 Heritage Blvd., Suite 107
San Antonio, Texas 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
Attorneys for Plaintiff, Terra Health, Inc.