IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRA HEALTH INCORPORATED, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-159C |
| | ) | (Senior Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including June 11, 2008, within which to file its response to the complaint. Our response is currently due on May 12, 2008. This is defendant's first request for an enlargement of time. Plaintiff's counsel has authorizes us to state that plaintiff does not oppose this motion.

The enlargement is requested because trial counsel has not yet received a litigation report from the interested agency, the Department of the Air Force. Promptly after receipt of the complaint, the Department of Justice sent a copy to the Department of the Air Force with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1]

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

To date, Air Force counsel has not organized all records relating to this claim. The requested enlargement of time is required so that Air Force counsel may have sufficient time to obtain the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint. Defendant's counsel currently anticipates that the requested 30 days will allow us sufficient time to organize these documents and to file our response.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to an including June 11, 2008, within which to file a response to the amended complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

May 2, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on the 2nd day of May, 2008, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp